UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 7281**

| | |
|---|---|
| JINO KURIAKOSE, Individually and On Behalf of All Others Similarly Situated, Plaintiff, -v- FEDERAL HOME LOAN MORTGAGE COMPANY, RICHARD SYRON, PATRICIA L. COOK and ANTHONY S. PISZEL, Defendant. | Case No._____ **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Jino Kuriakose     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

n/a

**Date:** August 15, 2008

**Signature of Attorney**

**Attorney Bar Code:** RLJ-0286

Form Rule7_1.pdf   SDNY Web 10/2007