UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JINO KURIAKOSE, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE COMPANY, RICHARD SYRON, PATRICIA L. COOK, and ANTHONY S. PISZEL,<br><br>           Defendants. | Civil Action No. 1:08-cv-7281 (JFK)<br><br>**NOTICE OF FILING** |

      Lead Plaintiff Central States, Southeast and Southwest Areas Pension Fund and plaintiff National Elevator Industry Pension Plan (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby file the attached Third Declaration of David J. George in Support of Lead Plaintiff's Motion to Partially Lift the PSLRA Discovery Stay and Incorporated Memorandum of Law in Support Thereof ("Third Declaration").

      Plaintiffs submit the Third Declaration and the exhibits attached thereto as further support for Lead Plaintiff's Motion to Partially Lift the PSLRA Discovery Stay and Incorporated Memorandum of Law in Support Thereof filed on June 18, 2009 [Dkt. No. 107].

| | |
|---|---|
| DATED: October 16, 2009 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>PAUL J. GELLER<br>DAVID J. GEORGE<br>ROBERT J. ROBBINS<br>JAMES L. DAVIDSON |

                                                /s/ David J. George
                                                DAVID J. GEORGE

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@csgrr.com
dgeorge@csgrr.com
rrobbins@csgrr.com
jdavidson@csgrr.com

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@csgrr.com

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ERIK D. PETERSON
DARRYL J. ALVARADO
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
epeterson@csgrr.com
dalvarado@csgrr.com

*Lead Counsel for Plaintiffs*

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE III
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Telephone: 202/362-0041
202/362-2640 (fax)
lmalone@odonoghuelaw.com

*Co-Counsel for National Elevator Industry Pension Plan and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2009.

*/s/ David J. George*
DAVID J. GEORGE