UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
JINO KURIAKOSE, Individually and On  :  Civil Action No. 1:08-cv-07281-JFK
Behalf of All Others Similarly Situated,  :
                                         :  CLASS ACTION
           Plaintiff,                    :
                                         :
    vs.                                  :
                                         :
FEDERAL HOME LOAN MORTGAGE               :
COMPANY, RICHARD SYRON, PATRICIA         :
L. COOK, and ANTHONY S. PISZEL,          :
                                         :
           Defendants.                   :
                                         :
———————————————————— x

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Lead Plaintiff Central States, Southeast and Southwest Areas Pension Fund and plaintiff National Elevator Industry Pension Plan (collectively, "Plaintiffs"), respectfully file this Notice of Supplemental Authority regarding a recent district court decision, which Plaintiffs submit in connection with the Omnibus Opposition to Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint [D.E. 149].  In support hereof, Plaintiffs state as follows:

On April 26, 2010, in *King County v. IKB Deutsche Indistriebank AG*, Case No. 09 Civ. 8387(SAS), 2010 WL 1702196 (S.D.N.Y. Apr. 26, 2010), Judge Shira A. Scheindlin entered an order denying the motions to dismiss under Fed. R. Civ. P. 12(b)(6) filed by defendants The McGraw-Hill Companies, Inc. d/b/a Standard & Poor's Rating Services, Moody's Investors Service, Inc., and Moody's Investors Service Ltd.  A copy of the order is attached hereto as **Exhibit A**.

DATED:  May 10, 2010

ROBBINS GELLER RUDMAN & DOWD LLP
PAUL J. GELLER
DAVID J. GEORGE
ROBERT J. ROBBINS
JAMES L. DAVIDSON


_s/David J. George_
DAVID J. GEORGE
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
dgeorge@rgrdlaw.com
rrobbins@rgrdlaw.com
jdavidson@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DARRYL J. ALVARADO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com

Lead Counsel for Plaintiffs

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE III
4748 Wisconsin Avenue, N.W.
Washington, D.C.  20016
Telephone:  202/362-0041
202/362-2640 (fax)
lmalone@odonoghuelaw.com

Co-Counsel for National Elevator Industry Pension
Plan and the Class

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 10, 2010, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all

counsel of record.

*s/ David J. George*
DAVID J. GEORGE
