UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JINO KURIAKOSE, Individually and On : Civil Action No. 1:08-cv-7281 (JFK)
Behalf of All Others Similarly Situated, :
                                         :
               Plaintiff,                :
                                         : NOTICE OF APPEAL
     vs.                                 :
                                         :
FEDERAL HOME LOAN MORTGAGE               :
COMPANY, RICHARD SYRON, PATRICIA         :
L. COOK, and ANTHONY S. PISZEL,          :
                                         :
               Defendants.               :
---------------------------------------------------------------x

Notice is hereby given that Central States, Southeast and Southwest Areas Pension Fund, lead plaintiff in the above-named case, on behalf itself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on September 27, 2012 [D.E. No. 242], including the Opinion and Order entered on September 24, 2012 that dismissed with prejudice the Second Amended Consolidated Complaint and denied leave to file a Third Amended Consolidated Complaint [D.E. No. 241], and any other prior ruling made by the district court.

DATED:  October 26, 2012

ROBBINS GELLER RUDMAN & DOWD LLP
PAUL J. GELLER
DAVID J. GEORGE
ROBERT J. ROBBINS

*/s/ David J. George*
DAVID J. GEORGE
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
dgeorge@rgrdlaw.com
rrobbins@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
DARRYL J. ALVARADO
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com

*Lead Counsel*

1

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 26, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accept this notice as service of this document by electronic means.

                                                      */s/ David J. George*
                                                      David J. George